# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 5/14/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/14/2015 1:54:17 PM

CHRISTOPHER A. PRINE
Clerk

TO:        1ST COURT OF APPEALS

From:    Deputy Clerk: MICHELLE LOPEZ
             Chris Daniel, District Clerk
             Harris County, T E X A S

**CAUSE:**    **2014-37714**

**VOLUME** _____ **PAGE** _____   **OR**    **IMAGE #** **64218539**

**DUE** **6/12/2015**            **ATTORNEY** **17853800**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE   1ST**

**DATE JUDGMENT SIGNED:**    **2/12/2015**

**MOTION FOR NEW TRIAL DATE FILED**   **3/13/2015**

**REQUEST TRANSCRIPT DATE FILED**        **N/A**

**NOTICE OF APPEAL DATE FILED**        **5/13/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **120**

**FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:  YES ☒   NO ☐**

**CODES FOR NOTICE OF APPEAL:** **BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/ MICHELLE LOPEZ
        **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C        JUDGMENT BEING APPEALED
D        ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

5/13/2015 3:20:45 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5271325
By: Phyllis Washington
Filed: 5/13/2015 3:20:45 PM

CAUSE NO. 2014-37714

| | | |
|---|---|---|
| SILVER GRYPHON, L.L.C. A TEXAS LIMITED LIABILITY COMPANY | § § § | IN THE DISTRICT COURT |
| V. | § § | |
| | § | OF HARRIS COUNTY, TEXAS |
| | § § | |
| THE BANK OF NEW YORK-MELLON, TRUSTEE AND CLYDE GIBSON | § § | 129TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Silver Gryphon, L.L.C., Plaintiff hereby gives notice of appeal of the Judgment dated February 12, 2015, and its desire to appeal to either the First or Fourteenth Court of Appeals, Houston, Texas.

The parties to the Order/Judgment appealed from and the names and address of their attorneys are:

Silver Gryphon, L.L.C.
Jerry L. Schutza
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 961-1200
(713) 961-0941 (fax)

The Bank of New York Mellon, Trustee
Ms. Cristina Platon Camarata
Buckley Madole
14210 Highway 3, Suite A
Webster, Texas 77598
(281) 204-8762
(281) 596-4515 (fax)

Respectfully submitted,


By: /s/ Jerry L. Schutza
    Jerry L. Schutza
    State Bar No. 17853800
    11 Greenway Plaza, Suite 2820
    Houston, Texas 77046
    (713) 961-1200
    (713) 961-0941 (Fax)
    schutzalaw@yahoo.com

    **ATTORNEY FOR PLAINTIFF**
    **SILVER GRYPHON, L.L.C.**


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to opposing counsel and all parties of interest via facsimile, regular and/or certified mail, return receipt requested on May 13, 2015.

*Via Email: cristina.camarata@BuckleyMadole.com*
Ms. Cristina Platon Camarata
Buckley Madole
14210 Highway 3, Suite A
Webster, Texas 77598

       /s/ Jerry L. Schutza
       Jerry L. Schutza

2

1/15/2015 2:09:21 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3783483
By: GUTIERREZ, DANIELLE

CAUSE NO. 2014-37714

| | | |
|---|---|---|
| SILVER GRYPHON, L.L.C., A TEXAS LIMITED LIABILITY COMPANY, *Plaintiff,* | § § § § | IN THE DISTRICT COURT |
| v. | § § | 129th JUDICIAL DISTRICT |
| THE BANK OF NEW YORK MELLON, TRUSTEE, *Defendant.* | § § § § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

The Court, after considering Defendant, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Motion for Summary Judgment, any response, and arguments of counsel, GRANTS the motion. The Court hereby RENDERS judgment for Defendant, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1.    Plaintiff, Silver Gryphon, L.L.C., take nothing by its suit;

2.    All claims brought by Plaintiff against Defendant, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1, are hereby dismissed with prejudice;

3.    Defendant is awarded attorney's fees in the amount of $3,870.00; and

4    That this Final Judgment disposes of all issues, and is a final appealable order.

SIGNED this ___12th___ day of ___February___, 2015.

_____
PRESIDING JUDGE

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 2014-37714

| | | |
|---|---|---|
| SILVER GRYPHON, L.L.C. A TEXAS LIMITED LIABILITY COMPANY | § § § | IN THE DISTRICT COURT |
| V. | § § | |
| | § | OF HARRIS COUNTY, TEXAS |
| | § § | |
| THE BANK OF NEW YORK-MELLON, TRUSTEE AND CLYDE GIBSON | § § | 129TH JUDICIAL DISTRICT |

## MOTION FOR RECONSIDERATION
## OF SUMMARY JUDGMENT AND FOR NEW TRIAL

Silver Gryphon, L.L.C., files this, Motion for Reconsideration of Summary Judgment and for New Trial.

1.      The Summary Judgment signed by the Court on February 12, 2015, should be set aside and a new trial granted because there were questions of fact which preclude summary judgment.

WHEREFORE, Silver Gryphon, L.L.C. requests the Court to set aside the Summary Judgment in this case, grant a new trial and that they receive all other relief to which they may be entitled.

Respectfully submitted,


By:  /s/ Jerry L. Schutza
         Jerry L. Schutza
         State Bar No. 17853800
         11 Greenway Plaza, Suite 2820
         Houston, Texas  77046
         (713) 961-1200
         (713) 961-0941 (Fax)
         schutzalaw@yahoo.com

**ATTORNEY FOR PLAINTIFF**
**SILVER GRYPHON, L.L.C.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was sent to opposing counsel and all parties of interest on March 13, 2015.

*Via Email: cristina.camarata@BuckleyMadole.com*
Cristina Platon Camarata
TBN 16061560
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254

*/s/ Jerry L. Schutza*
Jerry L. Schutza

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     MAY 14, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____ - INT
                         GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 201437714__ PJN> __  TRANS NUM: _____ CURRENT COURT: 129 PUB? _
CASE TYPE: TRESPASS TO TRY TITLE            CASE STATUS: CASE ON APPEAL
STYLE: SILVER GRYPHON L L C (A TEXAS LIM VS BANK OF NEW YORK-MELLON (THE) (TR
==============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00005-0001 XDF         SILVER GRYPHON L L C (A TEXAS
_     00004-0001 XPL 16061560 BANK OF NEW YORK-MELLON (THE)     CAMARATA, CRI
_     00003-0001 AGT         BANK OF NEW YORK-MELLON TRUSTE
_     00002-0001 DEF 16061560 BANK OF NEW YORK-MELLON (THE)     CAMARATA, CRI
_     00001-0001 PLT 17853800 SILVER GRYPHON L L C (A TEXAS     SCHUTZA, JERR



==> (5) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP
```